Entered: August 22nd, 2024
Signed: August 22nd, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Cedric Legrand Jordan,<br>Julie Anne Jordan<br>    Debtors | Case No. 24-14257-LSS |
| U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>    Movant | Chapter 13 |
| vs. | |
| Cedric Legrand Jordan,<br>Julie Anne Jordan<br>    Debtor | MFR ECF No. 16 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY ON REAL PROPERTY LOCATED AT 13106 LARKHALL CIRCLE, FT. WASHINGTON, MD 20744

Upon review of the Motion for Relief from the Automatic Stay (ECF No. 16) filed herein by U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION

TRUST ("Movant"), and no response having been filed by any party in interest, it is hereby,

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 (a) is TERMINATED to enable Movant and/or its successors and assigns to avail itself of its rights under the deed of trust, promissory note, and state law, including but not limited to the initiation or continuation of foreclosure proceedings in the Circuit Court for Prince George's County, Maryland, against the property known as **13106 Larkhall Circle, Ft. Washington, MD 20744** ("Property"), to obtain or transfer title to the Property, and to allow the successful purchaser to obtain possession of same; and it is further,

ORDERED, that the automatic stay of 11 U.S.C. § 362(a) and 1301(a) shall not be reimposed as to Debtor's interest or the bankruptcy estate's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

Chetan Gopal, Esq.
Robertson, Anschutz, Schneid & Crane & Partners PLLP
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
*Counsel for Movant*

Kasey L. Edwards
Gilman & Edwards, LLC
8401 Corporate Drive
Suite 450
Carrollton Corporate Center
Landover, MD 20785
*Counsel for Debtor*

Cedric Legrand Jordan
13106 Larkhall Circle
Fort Washington, MD 20744
*Debtor*

Julie Anne Jordan
13106 Larkhall Circle
Fort Washington, MD 20744
*Debtor*

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**